# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA K. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARAG SHAH, et al.,<br><br>　　　　　Defendants. | Case No. 5:18-cv-02193-AG (SHK)<br><br>JUDGMENT |

Pursuant to the Order Denying the Request to Proceed Without Prepayment of Filing Fees, IT IS HEREBY ADJUDGED that the action is DISMISSED with prejudice.

Dated: October 31, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　United States District Judge